AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| North East Independent School District | ) | |
| *Plaintiff, Counter-Defendant* | ) | |
| v. | ) | Civil Action No. 5:23-CV-769-DAE |
| I.M. b/n/f Bianca R. | ) | |
| *Defendant,* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Based on the foregoing, the Court: (1) GRANTS IN PART and DENIES IN PART the District's Motion for Summary Judgment (Dkt. # 33); (2) GRANTS IN PART and DENIES IN PART Defendant's Motion for Summary Judgment (Dkt. # 38); and (3) DENIES the District's Opposed Motion for Leave to File Surreply to Defendant's Motion for Summary Judgment (Dkt. # 45). Defendant is entitled to attorneys' fees in the amount of $29,622.52, apportioned at $21,537.52 for attorney Kerr and $8,085 for attorney Muniz.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge David A. Erza

Date: 07/15/2024

*CLERK OF COURT , PHILIP J. DEVLIN*

*Veronica Leyva*
*Veronica Leyva, Deputy Clerk*